UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Brent Delano Hill,                    )<br>                                              )<br>                   Plaintiff,        )<br>                                              )<br>v.                                         )<br>                                              )<br>Robert Dwyer,                       )<br>                                              )<br>                   Defendant.  )<br>_____)  | C/A No. 9:07-cv-196-GRA-GCK<br><br>**ORDER**<br>(Written Opinion) |

Defendant filed a motion to consolidate this case with another case brought by plaintiff against other defendants but based on the same set of facts. Federal Rule of Civil Procedure 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." The Court has broad discretion in deciding whether to consolidate cases. *United States v. Knauer*, 149 F.2d 519 (7th Cir. 1945); *Davis v. Yellow Cab Co.*, 220 F.2d 790 (5th Cir. 1955).

In the other case, *Hill v. Major et al.*, case number 9:06-cv-2179, the magistrate has already recommended that this Court grant summary judgment for the defendants and plaintiff has filed objections thereto. In this case, defendant just recently filed a motion for summary judgment. Plaintiff has not yet responded to the motion.

1

In order to prevent delay in ruling on the *Major* case, the Court DENIES defendant's motion to consolidate. The Court reserves the right to consolidate the two cases for trial at a later date, if necessary.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

April 26, 2007

Anderson, South Carolina